PROB 12A
(7/93)

# United States District Court

for the

Eastern District of Washington

### Report on Offender Under Supervision
*(No Action Requested)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 06 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Gerardo Medrano        Case Number: 2:02CR06033-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 12/5/2002        Type of Supervision: Probation

Original Offense: Conspiracy to Distribute Controlled Substance: to wit Marijuana, 21 U.S.C. § 846; Possession with Intent to Distribute More than 100 Grams of Marijuana, 21 U.S.C. § 841 (a)(1)

Date Supervision Commenced: 12/5/2002

Original Sentence: Probation - 60 Months        Date Supervision Expires: 12/4/2007

---

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician. |

**Supporting Evidence**: Gerardo Medrano Jr. is considered in violation of his period of probation by consuming alcohol to excess on or prior to April 9, 2005.

On April 9, 2005, the defendant backed his vehicle into another vehicle at a night club. When officers arrived they noted the defendant smelled of alcohol and looked to be intoxicated. A field sobriety test was preformed and the defendant failed the test. The defendant was transported to the Benton County Jail where he agreed to take a breath test. Two tests were taken with the levels being noted at .199 and .207.

On May 4, 2005, the defendant pled guilty in Benton County District Court under case number R00016621, and was sentenced to two days confinement, to complete an alcohol assessment and treatment, driving restrictions and was ordered to pay $958.00 in court fees.

### U.S. Probation Officer Action:

The defendant has been monitored regarding his compliance with his sentence in Benton County District Court. The defendant complied with the assessment for alcohol treatment and it was determined he did not need to continue in treatment. He did complete a victims panel at Columbia Basin College in Pasco, and has paid all but $100.00 towards his fine. As the defendant has complied with the expectations of the Court in Benton County it would be respectfully recommended no action be taken at this time. Should the defendant violate any additional conditions of his period of probation the Court will be immediately notified.

Prob12A
Re:  Medrano, Gerardo
September 1, 2005
Page 2

                                                    Respectfully submitted,

                                            by  _____
                                                    David L. McCary
                                                    U.S. Probation Officer
                                                    Date:  September 1, 2005

---

[X]    Court Concurs with Officer Action
[ ]    Submit a Request for Modifying the Condition or Term of Supervision
[ ]    Submit a Request for Warrant or Summons
[ ]    Other

                                            _____
                                            Signature of Judicial Officer

                                            _____9/6/05_____
                                            Date